1 | BENJAMIN B. WAGNER
United States Attorney
2 | LEE S. BICKLEY
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California  95814
4 | Telephone: (916) 554-2700

**SEALED**

**FILED**

JUN 17 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE ARREST WARRANT AND        )   NO. 2-11-J-.171
CRIMINAL COMPLAINT:             )
                                )
    BOBBY JOE KIRBY.            )
                                )   ORDER
                                )
                                )
         [SEALED]               )
                                )
_____)

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the Arrest Warrant, Criminal Complaint, and related documents; as well as this Application for Sealing Order and Order; are sealed. They shall remain sealed until further order of the court.

Date: June 17, 2011

_____
KENDALL J. NEWMAN
United States Magistrate Judge
Eastern District of California

1